PAMELA E. COGAN (SBN 105089)
KATHRYN C. CURRY (SBN 157099)
MARY K. PIASTA (SBN 229655)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone:  (650) 364-8200
Facsimile:  (650) 780-1701
pcogan@ropers.com, kcurry@ropers.com
mpiasta@ropers.com

Attorneys for Defendants
LIBERTY LIFE ASSURANCE COMPANY OF
BOSTON; LIBERTY MUTUAL GROUP INC.
erroneously sued herein as LIBERTY MUTUAL
GROUP INC. dba LIBERTY MUTUAL GROUP;
THE SYNOPSYS, INC. WELFARE PLAN
erroneously sued herein as THE SYNOPSYS, INC.
GROUP DISABILITY INCOME PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MOODY, <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; LIBERTY MUTUAL GROUP, INC. dba LIBERTY MUTUAL GROUP, THE SYNOPSYS, INC. GROUP DISABILITY INCOME PLAN, AND DOES 1 through 20 inclusive <br><br> Defendants | CASE NO. C 07-01017 MJJ <br><br> **STIPULATION OF THE PARTIES CONTINUING THE APRIL 3, 2007 HEARING ON DEFENDANTS' MOTION TO STRIKE AND MOTION TO DISMISS AND [PROPOSED] ORDER** <br><br> The Honorable Martin J. Jenkins |

WHEREAS Defendants Liberty Life Assurance Company of Boston, Liberty Mutual Group Inc. and the Synopsys, Inc. Group Disability Income Plan timely filed their motion to dismiss and motion to strike on February 26, 2007;

WHEREAS defendants motions are scheduled to be heard on April 3, 2007;

WHEREAS on March 13, 2007, plaintiff's counsel requested that the hearing date be

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1  continued due to his unavailability on April 3, 2007.

2  WHEREAS the court, and counsel for defendants and plaintiff are available on April 17,
3  2007;

4  IT IS HEREBY STIPULATED by and between the parties, through their counsel of
5  record, that the hearing date for defendants motions to dismiss and strike shall be continued from
6  April 3, 2007, until April 17, 2007.

7  IT IS FURTHER STIPULATED by and between the parties, through their counsel of
8  record, and in accordance with the standing orders of Judge Martin J. Jenkins, plaintiff's
9  opposition brief is due on March 20, 2007, and defendants' reply brief is due on April 3, 2007.

10  IT IS SO STIPULATED.

11

12  Dated: MARCH 13, 2007          ROPERS, MAJESKI, KOHN & BENTLEY

13

14  By: _____
     PAMELA E. COGAN
15   KATHRYN C. CURRY
     MARY K. PIASTA

16  Attorneys for Defendants
17  LIBERTY LIFE ASSURANCE
    COMPANY OF BOSTON; LIBERTY
18  MUTUAL GROUP INC. erroneously sued
    herein as LIBERTY MUTUAL GROUP
19  INC. dba LIBERTY MUTUAL GROUP;
    THE SYNOPSYS, INC. WELFARE
20  PLAN erroneously sued herein as THE
    SYNOPSYS, INC. GROUP DISABILITY
21  INCOME PLAN

| | | |
|---|---|---|
| 1 | Dated: MARCH 13, 2007 | PILLSBURY & LEVINSON |
| 2 | | |
| 3 | | By: _____ |
| 4 | | ARNOLD R. LEVINSON |
| | | TERRENCE J. COLEMAN |
| 5 | | DAVID M. LILIENSTEIN |
| | | Attorneys for Plaintiff |
| 6 | | MICHAEL MOODY |

(left margin: Ropers Majeski Kohn & Bentley, A Professional Corporation, Redwood City)

## ORDER

IT IS HEREBY ORDERED that hearing date for defendants' motions to dismiss and strike shall be continued from April 3, 2007, until April 17, 2007. IT IS FURTHER ORDERED plaintiff's opposition brief is due on March 20, 2007, and defendants' reply brief is due on April 3, 2007.

IT IS SO ORDERED.

Date: March 13, 2007

_____
Honorable Martin J. Jenkins
United States District Court Judge