PAMELA E. COGAN (SBN 105089)
KATHRYN C. CURRY (SBN 157099)
MARY K. PIASTA (SBN 229655)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
pcogan@ropers.com, kcurry@ropers.com
mpiasta@ropers.com

Attorneys for Defendants
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; LIBERTY MUTUAL GROUP INC. erroneously sued herein as LIBERTY MUTUAL GROUP INC. dba LIBERTY MUTUAL GROUP; THE SYNOPSYS, INC. WELFARE PLAN erroneously sued herein as THE SYNOPSYS, INC. GROUP DISABILITY INCOME PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MOODY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; LIBERTY MUTUAL GROUP, INC. dba LIBERTY MUTUAL GROUP, THE SYNOPSYS, INC. GROUP DISABILITY INCOME PLAN, AND DOES 1 through 20 inclusive<br><br>　　　　Defendants | CASE NO. C 07-01017 MJJ<br><br>**STIPULATION TO EXTEND LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; LIBERTY MUTUAL GROUP, INC. dba LIBERTY MUTUAL GROUP, THE SYNOPSYS, INC. GROUP DISABILITY INCOME PLAN'S TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>The Honorable Martin J. Jenkins |

**WHEREAS**, plaintiff MICHAEL MOODY filed and served his Second Amended Complaint against defendants LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; LIBERTY MUTUAL GROUP, INC. dba LIBERTY MUTUAL GROUP (collectively "LIBERTY" or "the LIBERTY DEFENDANTS"), THE SYNOPSYS, INC. GROUP DISABILITY INCOME PLAN ("SYNOPSYS") on May 21, 2007; and

1   WHEREAS, counsel for defendants LIBERTY and SYNOPSYS is currently involved in
2   the trial of Aragon v. Liberty Life Assurance Company, Alameda County Superior Court Case
3   No. RG050242470, and expects to be in trial on the date the response is due;

4   **IT IS HEREBY STIPULATED** between the parties, by and through the their respective
5   counsel, on June 1, 2007, that defendants LIBERTY and SYNOPSYS's time to respond to
6   Second Amended Complaint of plaintiff shall be extended two weeks, from June 8, 2007, up to
7   and including June 22, 2007.

8   **IT IS SO STIPULATED.**

Dated: June 6, 2007

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
PAMELA E. COGAN
KATHRYN C. CURRY
MARY K. PIASTA

Attorneys for Defendants
LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON; LIBERTY
MUTUAL GROUP INC. erroneously sued
herein as LIBERTY MUTUAL GROUP
INC. dba LIBERTY MUTUAL GROUP;
THE SYNOPSYS, INC. WELFARE
PLAN erroneously sued herein as THE
SYNOPSYS, INC. GROUP DISABILITY
INCOME PLAN

Dated: June 5, 2007

PILLSBURY & LEVINSON

By: _____
ARNOLD R. LEVINSON
TERRENCE J. COLEMAN
DAVID M. LILIENSTEIN
Attorneys for Plaintiff
MICHAEL MOODY



IT IS SO ORDERED
Judge Martin J. Jenkins
6/11/07
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City