Arnold R. Levinson     (State Bar No. 066583)
Terrence J. Coleman    (State Bar No. 172183)
David M. Lilienstein   (State Bar No. 218923)
PILLSBURY & LEVINSON, LLP
600 Montgomery Street, 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile:  (415) 433-4816
Email: alevinson@pillsburylevinson.com, tcoleman@pillsburylevinson.com,
dlilienstein@pillsburylevinson.com

Attorneys for Plaintiff, Michael Moody

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MOODY,<br><br>            Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, LIBERTY MUTUAL GROUP, THE SYNOPSYS, INC. GROUP DISABILITY INCOME PLAN, AND DOES 1 through 20, inclusive<br><br>            Defendants. | Case No.  07-01017 MJJ<br><br>STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT LIBERTY MUTUAL GROUP, INC. dba LIBERTY MUTUAL GROUP; WITHDRAWING OF DEFENDANTS' MOTION TO DISMISS |

IT IS HEREBY STIPULATED by and between plaintiff MICHAEL MOODY, through his counsel, and defendants LIBERTY LIFE ASSURANCE COMPANY OF BOSTON ("LIBERTY LIFE") and LIBERTY MUTUAL GROUP, INC. dba LIBERTY MUTUAL GROUP ("LIBERTY MUTUAL"), through their counsel, that:

///

///

1) Defendant LIBERTY LIFE will not, at any point now or in the future, contest or otherwise challenge its inclusion as a named defendant in this action;

2) Defendant LIBERTY LIFE will be liable for any judgment concerning the payment or nonpayment of long term disability benefits, interest, attorney's fees and/or disability benefits that may result from this action;

3) Plaintiff MICHAEL MOODY hereby dismisses from this action defendant LIBERTY MUTUAL.

4) Defendant LIBERTY LIFE hereby withdraws its Motion to Dismiss currently pending.

Dated: July 5, 2007                                  PILLSBURY & LEVINSON, LLP


                                                     By:_____/s/_____
                                                         David M. Lilienstein
                                                         Attorneys for Plaintiff,
                                                         Michael Moody


Dated: _____                                ROPERS, MAJESKI, KOHN & BENTLEY


                                                     By:_____
                                                         Attorneys for Defendant,
                                                         Liberty Life Assurance Company of
                                                         Boston, Liberty Mutual Group, Inc. dba
                                                         Liberty Mutual Group

2

Stipulation and [Proposed] Order to Dismiss Liberty Mutual Group, Inc.; WITHDRAW MOTION TO DISMISS
Case No. 07-01017 MJJ

2) Defendant LIBERTY LIFE agrees it will be liable for any judgment concerning the payment or nonpayment of long term disability benefits, interest, attorney's fees, if any, that may be awarded in this action;

3) Plaintiff MICHAEL MOODY hereby dismisses with prejudice from this action defendant LIBERTY MUTUAL.

4) Defendant LIBERTY LIFE hereby withdraws its Motion to Dismiss currently pending.

Dated: July 5, 2007                         PILLSBURY & LEVINSON, LLP


By:      /s/
    David M. Lilienstein
    Attorneys for Plaintiff,
    Michael Moody

Dated: July 6, 2007                         ROPERS, MAJESKI, KOHN & BENTLEY


By: _____
    Attorneys for Defendant,
    Liberty Life Assurance Company of
    Boston, Liberty Mutual Group, Inc. dba
    Liberty Mutual Group

## ORDER

IT IS SO ORDERED.

Dated 7/6/2007

JUDGE OF THE UNITED STATES
DISTRICT COURT