PAMELA E. COGAN (SBN 105089)
KATHRYN C. CURRY (SBN 157099)
JENNIFER A. WILLIAMS (SBN 244707)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: pcogan@ropers.com
kcurry@ropers.com
jwilliams@ropers.com

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, LIBERTY MUTUAL GROUP INC. erroneously sued herein as LIBERTY MUTUAL GROUP INC. dba LIBERTY MUTUAL GROUP; THE SYNOPSYS, INC. WELFARE PLAN, erroneously sued herein as THE SYNOPSYS, INC. GROUP DISABILITY INCOME PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MOODY, | CASE NO. C 07-01017 MJJ |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE** |
| v. | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, LIBERTY MUTULA GROUP, INC. dba LIBERTY MUTUAL GROUP, THE SYNOPSYS, INC. GROUP DISABILITY INCOME PLAN, AND DOES 1 through 20, inclusive,, | Date: August 14, 2007<br>Time: 2:00 p.m.<br>Judge: Honorable Martin J. Jenkins |
| Defendants. | |

WHEREAS, the Initial Case Management Conference in this action is currently scheduled for August 14, 2007 at 2:00 p.m.; and

WHEREAS, prior to receiving the Clerk's Notice of the Case Management Conference, the parties had scheduled a private mediation session in this action for August 14, 2007 and the parties agree this case may benefit from early mediation;

The parties hereby stipulate, through their counsel of record, that the Initial Case Management Conference shall be continued from August 14, 2007 until August 28, 2007, or as soon thereafter as may be heard by the Court, so that the parties can engage in private mediation as currently scheduled.

**IT IS SO STIPULATED.**

Dated: July 11, 2007

PILLSBURY & LEVINSON, LLP.

By: _____
ARNOLD R. LEVINSON
TERRENCE J. COLEMAN
DAVID M. LILIENSTEIN
Attorneys for Plaintiff
MICHAEL MOODY

Dated: July 11, 2007

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
PAMELA E. COGAN
KATHRYN C. CURRY
JENNIFER A. WILLIAMS
Attorneys for Defendants
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, LIBERTY MUTUAL GROUP INC. erroneously sued herein as LIBERTY MUTUAL GROUP INC. dba LIBERTY MUTUAL GROUP; THE SYNOPSYS, INC. WELFARE PLAN, erroneously sued herein as THE SYNOPSYS, INC. GROUP DISABILITY INCOME PLAN.

## ORDER

**IT IS SO ORDERED.** The Initial Case Management Conference is hereby continued from August 14, 2007 until August 28, 2007, or _____ at 2:00 p.m.

Dated:    July  16 , 2007

_____
HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE