UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MOODY,<br><br>      Plaintiff(s),<br><br>  v.<br><br>LIBERTY LIFE ASSURANCE CO.<br>OF BOSTON, et al.,<br><br>      Defendant(s). | No. C 07-1017 MJJ (BZ)<br><br>**INITIAL DISCOVERY ORDER** |

    All discovery in this matter has been referred to United States Magistrate Judge Bernard Zimmerman.

    In the event a discovery dispute arises, the parties shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute. Exchanging letters or telephone messages about the dispute is insufficient. The Court will not read subsequent positioning letters; parties shall instead make a contemporaneous record of their meeting using a tape recorder or a court reporter.

    In the event they cannot resolve their dispute, the parties must participate in a telephone conference with the

1 | Court **before** filing any discovery motions or other papers.
2 | The party seeking discovery shall request a conference in a
3 | letter served on all parties not exceeding two pages (with no
4 | attachments) which briefly explains the nature of the action
5 | and the issues in dispute.  Other parties may reply in similar
6 | fashion within two days of receiving the letter requesting the
7 | conference.  The Court will contact the parties to schedule
8 | the conference.
9 |      After the conference with the Court, if filing papers is
10 | deemed necessary, they should be filed **electronically** with the
11 | Clerk's Office, with **one hard copy delivered directly to**
12 | **Magistrate Judge Zimmerman's Chambers (Room 15-6688)**.  A
13 | chambers copy of all briefs shall be submitted on a diskette
14 | formatted in WordPerfect 6, 8, 9, 10 or WordPerfect X3 or may
15 | be e-mailed to the following address: bzpo@cand.uscourt.gov
16 | Dated: October 15, 2007
17 | _____
       Bernard Zimmerman
18 | United States Magistrate Judge

G:\BZALL\-REFS\MOODY\INITIAL DISC.ORDER.wpd