1  Pamela E. Cogan (State Bar. No. 105089)
   Joann Babiak (State Bar No. 209535)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
3  Redwood City, CA 94063
   Telephone:    (650) 364-8200
4  Facsimile:    (650) 780-1701

5  Attorneys for Defendants
   LIBERTY LIFE ASSURANCE COMPANY OF
6  BOSTON, THE SYNOPSYS, INC GROUP
   DISABILITY INCOME PLAN

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  MICHAEL MOODY,                              CASE NO. C-07-01017 MHP

13                 Plaintiff,

14  v.                                          STIPULATION AND [PROPOSED]
                                                ORDER THAT THE APPLICABLE
15  LIBERTY LIFE ASSURANCE                      STANDARD OF REVIEW TO BE
    COMPANY OF BOSTON, LIBERTY                  APPLIED BY THE DISTRICT COURT IS
16  MUTUAL GROUP, INC. dba LIBERTY              AN ABUSE OF DISCRETION; REQUEST
    MUTUAL GROUP, THE SYNOPSYS,                 FOR FURTHER CASE MANAGEMENT
17  INC. GROUP DISABILITY INCOME                CONFERENCE
    PLAN AND DOES 1 through 20,
18  inclusive,

19                 Defendants.

20         Plaintiff Michael Moody, through his attorney of record, Brian Kim of Pillsbury &

21  Levinson, LLP, and defendants Liberty Life Assurance Company of Boston and The Synopsys,

22  Inc. Group Disability Income Plan through its counsel of record, Pamela E. Cogan of Ropers,

23  Majeski, Kohn & Bentley, STIPULATE AS FOLLOWS:

24         WHEREAS, this action is subject to and governed by the Employee Retirement Income

25  Security Act of 1974 ("ERISA");

26         WHEREAS, plaintiff seeks disability income benefits under an employee welfare plan

27  established by his former employer Synopsys, Inc. ("the Plan");

28

RC1/5139647.1/JUB

WHEREAS, the Plan is insured by a group disability income policy issued by Liberty Life Assurance Company of Boston to Synopsys, Inc. ("the Policy");

WHEREAS, the Policy and the Summary Plan Description for the Plan confer sole discretion on Liberty Life Assurance Company of Boston to construe the terms of this policy and to determine benefit eligibility hereunder;

IT IS HEREBY STIPULATED between the parties that the standard of review to be applied by the Court is an abuse of discretion as articulated by the United States Supreme Court in Metropolitan Life Insurance Company v. Glenn, (2008 U.S. Lexis 5030) and the Ninth Circuit in Abatie v. Alta Health & Life Ins. Co., 458 F.3d 955 (9th Cir. 2006).

The parties further request that the Court set this matter for a further Case Management Conference at this time to set further scheduling dates.

Dated: June 24, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Pamela E. Cogan
PAMELA E. COGAN
JOANN BABIAK
Attorneys for Defendants
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, THE SYNOPSYS, INC GROUP DISABILITY INCOME PLAN

Dated: June 24, 2008

PILLSBURY & LEVINSON, LLP

By: /s/ Brian Kim
BRIAN KIM
Attorneys for Plaintiff
MICHAEL MOODY

1 | [PROPOSED] ORDER

**IT IS SO ORDERED.** The standard of review to be applied by this Court in this ERISA action will be an abuse of discretion.

The parties request for a further Case Management Conference is **GRANTED.**

Dated: July 3, 2008



The Hon. M_____
UNITED _____ RT JUDGE
Judge Marilyn H. Patel

IT IS SO ORDERED

C-07-01017 MHP STIPULATION AND [PROPOSED] ORDER RE: APPLICABLE STANDARD OF REVIEW