1  Terrence J. Coleman    (State Bar No. 172183)
   Brian H. Kim           (State Bar No. 215492)
2  PILLSBURY & LEVINSON, LLP
   The Transamerica Pyramid
3  600 Montgomery St., 31st Floor
   San Francisco, California 94111
4  Telephone: (415) 433-8000
5  Facsimile:  (415) 433-4816
   Email: tcoleman@pillsburylevinson.com, bkim@pillsburylevinson.com
6
7  Attorneys for Plaintiff
   MICHAEL MOODY
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12 MICHAEL MOODY,                          )   Case No.  C07-01017 MHP
                                           )
13              Plaintiff,                 )   STIPULATION AND [PROPOSED]
                                           )   ORDER CONTINUING HEARING
14 v.                                      )   FOR CROSS-MOTIONS FOR
                                           )   JUDGMENT
15 LIBERTY LIFE ASSURANCE COMPANY          )
   OF BOSTON, THE SYNOPSYS, INC.           )
16 GROUP DISABILITY INCOME PLAN, et        )
   al.,                                    )
17                                         )
                Defendants.                )
18 _____ )

19

20      Plaintiff MICHAEL MOODY, through his counsel, and defendants LIBERTY LIFE

21 ASSURANCE COMPANY OF BOSTON and THE SYNPOSYS, INC. GROUP

22 DISABILITY INCOME PLAN, through their counsel, stipulate as follows:

23      1.    The hearing for the parties' Cross-Motions for Judgment was originally set for

24 November 17, 2008 at 2:00 p.m. before the Honorable Marilyn Hall Patel. On November 6,

25 2008, the Court reset the hearing for the Cross-Motions for November 20, 2008 at 10:00 a.m.

26 On November 19, 2008, the Court reset the hearing for the Cross-Motions for December 2,

27 2008 at 10:00 a.m.

28      2.    Plaintiff's lead counsel, Terrence J. Coleman, is unavailable to appear on the

-1-

STIPULATION AND [PROPOSED] ORDER CONTINUING
HEARING ON CROSS-MOTIONS FOR JUDGMENT                         Case No. C07-01017 MHP

1  Court's continued hearing date of December 2, 2008, due to a previously scheduled and pre-
2  paid family vacation to Disneyland from November 29, 2008 through December 2, 2008.
3      3.   In light of Mr. Coleman's unavailability on December 2, 2008, the parties stipulate
4  to continue the hearing on the Cross-Motions to December 22, 2008 at 2:00 p.m. before this
5  Court, which the parties have confirmed as an available date and time for the Court.

Dated: November 20, 2008

PILLSBURY & LEVINSON, LLP

By: *Terrence J. Coleman /BHK*
Terrence J. Coleman
Brian H. Kim
Attorneys for Plaintiff
MICHAEL MOODY

Dated: November 20, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: *[signature]*
Pamela E. Cogan
Attorneys for Defendants
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; THE SYNOPSYS, INC. GROUP DISABILITY INCOME PLAN

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the Court orders that the hearing on the parties' Cross-Motions for Judgment shall be continued to December 22, 2008 at 2:00 p.m. before this Court.

IT IS SO ORDERED.

Dated: 11/25/2008

*IT IS SO ORDERED*
*[signature]*
Judge Marilyn H. Patel

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

STIPULATION AND [PROPOSED] ORDER CONTINUING
HEARING ON CROSS-MOTIONS FOR JUDGMENT
-2-
Case No. C07-01017 MHP